AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Thad F. Waites

**SUMMONS IN A CIVIL ACTION**

V.

Pfizer, Inc.

CASE NUMBER: 3:08cv 223 TSL-JCS

TO: (Name and address of Defendant)

Pfizer, Inc.
C/O Its Registered Agent:
CT Corporation System
645 Lakeland Drive, Suite 101
Flowood, Mississippi 39232

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila M. Bossier, Esq.
Bossier & Associates, PLLC
1520 North State Street
Jackson, Mississippi 39202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                              4-8-08

CLERK                                     DATE

(By) DEPUTY CLERK