# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

April 9, 2008

J.T. NOBLIN
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601)965-4439

DIVISIONS
SOUTHERN at Biloxi
725 Dr. Martin Luther King Blvd.
Suite 243, Zip 39530

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316, Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316, Zip 39201

Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, NE #G-255
Washington, D.C. 20002-8000

    Re:    MDL - 1699 Bextra Products Liability Litigation
              Waits v. Pfizer, Inc.   3:08cv223TSL-JCS

Dear Mr. Beck:

    It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Bextra pharmaceutical products liability litigation. If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel order assigning these cases to the District of Minnesota, MDL-1699, In re Bextra Products Liability Litigation.

    According to the directive of your office, we enclose a copy of the complaint and docket sheet pertaining to this cause. By copy of this letter, we are noticing the attorneys for the parties of this action.

    If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. NOBLIN, CLERK

By: S/ T. Reno
T. Reno, Deputy Clerk

Enclosures