IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**THAD F. WAITES**                                                                                    **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 3:08cv223TSL-JCS**

**PFIZER, INC.**
                                                                                                    **DEFENDANT**

## ORDER

THIS MATTER is before the court on the joint request of the parties for a stay of all proceedings pending transfer to multidistrict litigation proceedings. The court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all proceedings in this case are hereby STAYED pending transfer of this case to the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699.

SO ORDERED AND ADJUDGED, this the 2nd day of May, 2008.

/s/ James C. Sumner

_____
UNITED STATES MAGISTRATE JUDGE

2

AGREED:

/s/Sheila M. Bossier
Sheila M. Bossier (MSB #10618)
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, Mississippi 39202
Telephone: (601) 352-5450

**Attorney for Plaintiff**

/s/ Walter T. Johnson
Walter T. Johnson (MSB #8712)
Leigh D. Vernon (MSB #99696)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
Jackson, Mississippi 39205-0650
Telephone: (601) 948-6470

**Attorneys for Defendant**