CJRA−SU, CLOSED, JCS, JURY

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CIVIL DOCKET FOR CASE #: 3:08−cv−00223−TSL−JCS

| | |
|---|---|
| Waites v. Pfizer, Inc. | Date Filed: 04/07/2008 |
| Assigned to: District Judge Tom S. Lee | Date Terminated: 05/12/2008 |
| Referred to: Magistrate Judge James C. Sumner | Jury Demand: None |
| Cause: 28:1391 Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Thad F. Waites**                   represented by **Sheila M. Bossier**
BOSSIER &ASSOCIATES, PLLC
P. O. Box 55567
Jackson, MS 39296
601/352−5450
Fax: 601/352−5452
Email: sbossier@bossier−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Pfizer, Inc.**                   represented by **Walter T. Johnson**
WATKINS &EAGER
P. O. Box 650
Jackson, MS 39205−0650
(601) 948−6470
Email: wjohnson@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | Ï 1 | COMPLAINT against Pfizer, Inc. ( Filing fee $ 350 receipt number 024664), filed by Thad F. Waites. JURY DEMAND. (Attachments: # 1 Civil Cover Sheet)(THR) (Entered: 04/08/2008) |
| 04/08/2008 | Ï 2 | Summons Issued as to Pfizer, Inc.. (THR) (Entered: 04/08/2008) |
| 04/09/2008 | Ï 3 | Letter to MDL from USDC re: MDL 1699 Bextra Products Liability Litigation (THR) (Entered: 04/09/2008) |
| 05/02/2008 | Ï 4 | ANSWER to 1 Complaint by Pfizer, Inc..(Johnson, Walter) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 5 | ORDER STAYING CASE pending transfer to MDL. Signed by Magistrate Judge James C. Sumner on May 2, 2008 (CSF) (Entered: 05/02/2008) |
| 05/12/2008 | Ï 6 | Copy Conditional Transfer Order (Attachments: # 1 Cover Letter) (THR) (Entered: 05/12/2008) |
| 05/12/2008 | Ï 7 | |

| | | |
|---|---|---|
| | | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–101) (THR) (Entered: 05/12/2008) |
| 05/12/2008 | Ï | District Electronically Transfered Out to the District of N/D of California (THR) (Entered: 05/13/2008) |